

**ROSEN LAW LLC**

Attorneys at Law

| | |
|---|---|
| 216 Lakeville Road | 500 Village Square Crossing, Suite 101 |
| Great Neck, New York 11020 | Palm Beach Gardens, Florida 33410 |
| T 516.437.3400 | T 561.899.9999 |
| F 516.334.3000 | F 561.584.6434 |

Gary Rosen, Esq. (Admitted NY, FL, NJ, PA)
Jared Rosen, Esq. (Admitted NY, FL, NJ, MN)
Jaime Rosen, Esq. (Admitted NY, FL, NJ, CT)

October 30, 2017

**Via FedEx and Email (dmcbride@kentmcbride.com)**
Denis P. McBride, Esq.
Kent & McBride, P.C.
1040 Kings Highway North, Suite 600
Cherry Hill, New Jersey 08034

    **RE:**    **Sider, et.al. v. Tropicana Atlantic City Corp., et.al.**
            **Case No. 17-CV-4780**
            **United States District Court, District of New Jersey**

Dear Mr. McBride:

    I am in receipt of your letter dated today.

    While you are free to do as you wish we must have portions of the items in the Room #960 in the South Tower at the Tropicana Casino Resort (the "Room") RETAINED and NOT DISPOSED OF INCLUDING BUT NOT LIMITED TO:

    **1.**    **All floor tiles located in the bathroom in the Room;**

    **2.**    **The shower curtain and shower head located in the Room.**

    **If you are unwilling to retain the above items, then I request that you immediately contact me so that we may have a conference call with the Court PRIOR to your client removing anything from the Room.**

    Please confirm to me in writing either way.

                                                                     Very truly yours,

                                                                     Gary Rosen