```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| JILL SIDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TROPICANA ATLANTIC CITY CORP., et al., <br><br> Defendants. | Civil No. 17-4780-NLH-KMW |

**DISCOVERY ORDER**

      This matter having come before the Court upon the informal letter application dated October 30, 2017 from Sean P. Hart, Esquire, counsel for defendant, regarding plaintiff's request for defendants to preserve certain components of the guest room, which is the site of the incident at issue in this litigation; and the Court having read the submission and heard the arguments of counsel during a telephone discovery conference held on **November 3, 2017**; and the Court noting the following appearances: Jared Rosen, Esquire, and Gary S. Rosen, Esquire, appearing on behalf of the plaintiffs; and Denis P. McBride, Esquire, appearing on behalf of the defendants; and for good cause shown:

      IT IS this **3rd** day of **November, 2017**, hereby **ORDERED**:

      1. Defendants shall maintain the shower head, shower curtain, and samples of the floor tile from the room plaintiff occupied at the time of the incident.

                                                s/ Karen M. Williams
                                                KAREN M. WILLIAMS
                                                United States Magistrate Judge

cc: Hon. Noel L. Hillman
      James Quinlan, Arbitration Clerk